APRIL 23, 2012

No. 11–9505. ALEXANDER *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition. ▮

No. D–2620. IN RE DISBARMENT OF ELLIOTT. Disbarment entered. [For earlier order herein, see 565 U. S. 1107.]

No. D–2660. IN RE DISCIPLINE OF BURKE. Thomas Patrick Burke, of Fishers, Ind., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2661. IN RE DISCIPLINE OF NEWMAN. Lawrence T. Newman, of Bradenton, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2662. IN RE DISCIPLINE OF BARLEY. Tracy Hicks Barley, of Durham, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2663. IN RE DISCIPLINE OF VILOSKI. Benjamin J. Viloski, of Oak Island, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.